**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**HENRY W. WARREN**                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 3:14-CV-128 KGB/BD**

**DOE, et al.**                                                                                                **DEFENDANTS**

## ORDER

Mr. Warren, an inmate at the Mississippi County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983, alleging that the Defendants failed to protect him from an attack by another inmate.  (#2)  Because his original complaint was deficient, Mr. Warren was directed to file an amended complaint.  (#4)  Mr. Warren has now complied with the Court's order by moving to amend and by filing an Amended Complaint.  (#5, #6)  His motion to amend (#6) is GRANTED.  His Amended Complaint should be filed as a supplement to his original Complaint.

For screening purposes, Mr. Warren has stated a claim against Defendants Davis, Marvell, and Whitfield.  Accordingly, service is proper for those Defendants.  The Clerk of the Court is directed to prepare summonses for these Defendants.  Service of process for these Defendants should be through the Mississippi County Sheriff's Department, 685 North Country Road 599, Luxora, Arkansas 72358, without prepayment of fees and costs or posting security.

Service is not proper for the Doe Defendant or Defendant Cook.  The Court will address Mr. Warren's claims against Defendant Cook in a separate recommendation.

IT IS SO ORDERED, this 6th day of June, 2014.

                                                                      _____
                                                                      UNITED STATES MAGISTRATE JUDGE