IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HENRY W. WARREN                                                                                       PLAINTIFF

v.                              Case No. 3:14-cv-00128-KGB-BD

DOE, et al.                                                                                           DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 8). The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. Plaintiff Henry W. Warren's claims against defendant Dale Cook are dismissed without prejudice.

SO ORDERED this the 8th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE