IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HENRY W. WARREN**                                                                                    **PLAINTIFF**

v.                              Case No. 3:14-cv-00128-KGB-BD

**DOE, et al.**                                                                                          **DEFENDANTS**

## ORDER

The Court has received two Partial Recommended Dispositions ("Recommendations") filed by Magistrate Judge Beth Deere (Dkt. Nos. 24, 25). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommendations, the Court concludes that the Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects. Plaintiff's claims against the Doe defendant and defendant Matthew Davis are dismissed without prejudice.

SO ORDERED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE