IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HENRY W. WARREN**                                                                 **PLAINTIFF**

V.                          CASE NO. 3:14-CV-128 KGB/BD

**DOE, et al.**                                                                  **DEFENDANTS**

### ORDER

Henry Warren, a pro se plaintiff, is proceeding *in forma pauperis* in this 42 U.S.C. § 1983 lawsuit. (Docket entries #3) Mail from the court addressed to Mr. Warren was recently returned to the Court with a notation that Mr. Warren had moved. (#36) Mr. Warren has failed to inform the Court of his new address as required under the court's local rules.

If Mr. Warren wants to continue with this lawsuit, he must provide notice of his new address to the Court within thirty (30) days of entry of this Order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE