UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HENRY W. WARREN                                                                                    PLAINTIFF

V.                                    CASE NO. 3:14-CV-128 KGB/BD

DOE, et al.                                                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact

**II.    Discussion:**

Plaintiff Henry W. Warren, formerly an inmate at the Mississippi County Detention Facility, filed this case pro se under 42 U.S.C. § 1983.  (Docket entry #2) Recently, mail sent to Mr. Warren from the court was returned with a notation that Mr. Warren had moved.  (#36)  Defendants moved to dismiss Mr. Warren's claims against them based on his failure to notify them or the court of his current address.  (#37)

On November 9, 2015, the Court ordered Mr. Warren to provide notice of his current address within thirty days. (#40) The Court specifically cautioned Mr. Warren that his claims could be dismissed if he failed to comply with the Court's Order. Local Rule 5.5(c)(2). To date, however, Mr. Warren has not notified the Court of his address, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that the Defendants' motion to dismiss (#37) be GRANTED. Mr. Warren's claims should be DISMISSED, without prejudice, based on his failure to comply with this Court's November 9, 2015 Order. Local Rule 5.5. The Defendants' motion for summary judgment (#32) should be DENIED, as moot.

DATED this 11th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE