UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HENRY W. WARREN          PLAINTIFF

v.          Case No. 3:14-cv-128 KGB/BD

DOE, et al.          DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 42). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The defendants' motion to dismiss is granted (Dkt. No. 37). Mr. Warren's claims are dismissed without prejudice. The defendants' motion for summary judgment is denied as moot (Dkt. No. 32).

It is so ordered this 27th day of April, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge