UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HENRY W. WARREN**                                                                                  **PLAINTIFF**

v.                          Case No. 3:14-cv-128 KGB/BD

**DOE, et al.**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.

It is so ordered this 27th day of April, 2016.

*(signature)*
Kristine G. Baker
United States District Judge